**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID WAGNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1946** |
| **IDSCAN.NET, INC.** | **SECTION "G"(2)** |

**ORDER**

The Court has recently been advised that the subject matter of the above-captioned case appears to be related to another case previously pending in the Eastern District of Louisiana, case 26-1929, *Matthew Bunch v. IDscan.net., Inc.* Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Chief Judge Wendy Vitter, Section "D" of this Court and to Magistrate Judge Donna Phillips Currault, Division 2 of this Court.

**NEW ORLEANS, LOUISIANA** this 9th day of September, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

9/10/26
TRANSFERRED TO
**SECT. D**